```
                                        FILED
                                        AUG 10 2012
                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA
                                        BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 12CR3051-JM |
| Plaintiff, ) | |
| ) | ORDER AND JUDGMENT TO DISMISS |
| v. ) | THE INDICTMENT |
| ) | |
| MOISES CIBRIAN, ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case 12CR3051-JM against defendant MOISES CIBRIAN be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 8/10/12

HONORABLE WILLIAM McCURINE
United States District Judge